BEFORE THE FIRST DIVISION, APRIL 23, 1947

**No. 51672.**—Petition 6562–R of Golding Bros. Co., Inc. (New York).

Opinion by OLIVER, P. J. At the trial the treasurer of the importing company testified that he conferred repeatedly with the customs officials before entry concerning the value of the merchandise and that he cooperated fully with them in furnishing requested information upon which the appraisal was ultimately based. From the record it was held that the entry of the merchandise at a less value than that found on final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, APRIL 25, 1947

**No. 51673.**—Protests 822561–G, etc., of Osaki Shoten, Ltd., et al. (Honolulu, etc.).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, APRIL 25, 1947

**No. 51674.**—Protests 42114–K, etc., of Siegfried & Co. et al. (Seattle).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is the same in all material respects as that which was held dutiable at 30 percent under paragraph 1413 in Abstracts 51224 and 51264. In accordance therewith the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 25, 1947

**No. 51675.**—Protests 57120–K, etc., of Maddock & Miller, Inc., et al. (New York).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.